No. 25-10829

———————

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

———————

G.W.,

*Appellant*,

v.

NORTHBROOK INDUSTRIES, INC.,

*Appellee.*

———————

**On Appeal from the United States District Court,
Northern District of Georgia, Atlanta Division
Case No. 1:20-cv-05232-JPB**

———————

**Appellant G.W.'s Certificate of Interested Persons and
Corporate Disclosure Statement**

David H. Bouchard
FINCH McCRANIE, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070
david@finchmccranie.com

*Counsel for Appellant*

*G.W. v. Northbrook Industries, Inc. (No. 25-10829)*
*C-1 of 3*

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1 and 26.1-2, Appellant G.W. provides the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. Andersen, Tate & Carr, P.C. – Law firm representing Appellant

2. Bouchard, David – Attorney for Appellant

3. Boulee, J.P. – United States District Court Judge

4. Ekpo, Oto - Attorney for Appellant

5. Finch McCranie, LLP – Law firm representing Appellant

6. Fireman's Fund – Insurer for Appellee

7. G.W. - Appellant

8. Galloway, Sara – Attorney for Appellee

9. Knisely, Gabriel - Attorney for Appellant

10. Lewis Brisbois Bisgaard Smith, LLP – Law firm representing Appellee

11. McDonough, Pat – Attorney for Appellant

12. Mobley, Cameron – Attorney for Appellee

13. Northbrook Industries, Inc. – Appellee

14. Tonge, Jon - Attorney for Appellant

15. Ward, Alice – Attorney for Appellee

16. Weeks, Rory - Attorney for Appellant

No other associations of persons, and no other firms, partnerships, or corporations have an interest in the outcome of this case or appeal.

Dated: April 1, 2025

Respectfully submitted,

*/s/ David H. Bouchard*
David H. Bouchard
FINCH McCRANIE, LLP
229 Peachtree Street NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070
david@finchmccranie.com

*Counsel for Appellant*

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2025, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement using the Court's Appellate ECF system, which will automatically send notification to counsel of record.

Dated: April 1, 2025              */s/ David H. Bouchard*
                                                  David H. Bouchard
                                                  FINCH McCRANIE, LLP

                                                  *Counsel for Appellant*