FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JAN 13 2026

David J. Smith
Clerk

# DESIGNATION OF UNITED STATES JUDGE
# FOR SERVICE WITHIN THE CIRCUIT

The Honorable Anne C. Conway, Middle District of Florida, has indicated that she is willing and able to perform the duties of circuit judge in the United States Court of Appeals for the Eleventh Circuit in connection with the oral argument sitting in Atlanta during the week of January 26, 2026.

Using the authority vested in me by Title 28, United States Code, Section 292(a), I designate and assign the Honorable Anne C. Conway to perform the duties of circuit judge in the United States Court of Appeals for the Eleventh Circuit during the stated period and for such additional time before or after that period, as she determines is required to prepare, or to complete, the work.

_____
William H. Pryor Jr.
Chief Judge
Eleventh Circuit Court of Appeals

Dated: January 13, 2026