**CASE NOS. 25-10816, 25-10829**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

_____

A.G.,

*Appellant*,

v.

NORTHBROOK INDUSTRIES, INC.,

*Appellee*.

_____

G.W.,

*Appellant*,

v.

NORTHBROOK INDUSTRIES, INC.,

*Appellee*.

_____

**ON APPEAL FROM
THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CASE NOS. 1:20-cv-05231-JPB, 1:20-cv-05232-JPB**

_____

**MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE PETITION
FOR REHEARING *EN BANC* OF APPELLEE NORTHBROOK
INDUSTRIES, INC.**

_____

Cameron A. Mobley
Alice C. Ward
LEWIS BRISBOIS BISGAARD & SMITH, LLP
600 Peachtree Street NE, Suite 4700
Atlanta, Georgia 30308
Telephone:  (404) 348-8585
Cameron.Mobley@lewisbrisbois.com
Alice.Ward@lewisbrisbois.com

*Counsel for Appellee Northbrook Industries, Inc.*

1

## <u>CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>

In accordance with Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, counsel for Appellee-Defendant Northbrook Industries, Inc. certifies that the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations (including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party) that have an interest in the outcome of this particular case or appeal:

1. A.G. (Appellant)

2. Amin, Nalini (Joint Owner of Defendant Naseeb Investments)

3. Amin, Vic (Joint Owner of Defendant Naseeb Investments)

4. Andersen, Tate & Carr, P.C. (Law firm representing Appellant)

5. Atkins, Sabrina Lynn (Counsel for Defendant-Appellee)

6. Arch Insurance Company (Insurer for Appelle)

7. Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. (Counsel for Movant Choice Hotels International Inc.)

8. Beranek, Lori M. (Counsel for U.S. Attorney's Office and FBI)

2

9. Bondurant, Mixson & Elmore LLP (Counsel for Plaintiff-Appellant C.B.)

10. Bouchard, David (Attorney for Appellants A.G. and G.W.)

11. Boulee, J.P. (United States District Court Judge)

12. Cartiga Consumer Funding, LLC (Litigation Funding) C.B. (Plaintiff-Appellant)

13. C.B. (Appellant in *C.B. v. Naseeb Investments, Inc.*, Appeal No. 24-13294)

14. Choice Hotels International, Inc. (Movant in District Court)

15. Clopton, Andrew (Counsel for International Franchise Association)

16. Colette, Hervey Joseph (Counsel for View Point Health)

17. Cooper, Belle-Anne (Counsel for Plaintiff-Appellant C.B.)

18. Ekpo, Oto (Attorney for Appellants A.G. and G.W.)

19. Federal Bureau of Investigation (Movant in District Court)

20. Finch McCranie, LLP (Law firm representing Appellants A.G. and G.W.)

21. Fine, Julie (Counsel for International Franchise Association)

22. Fireman's Fund (Prior Insurer for Appellee)

23. Freeman Mathis & Gary, LLP (Counsel for Movant View Point Health)

24. G.W. (Appellant)

25. Galloway, Sara (Attorney for Appellee)

26. Gilmore, Tracy Anne (Counsel for Defendant-Appellee Naseeb Investments, Inc.)

27. Greenaway, Amber (Counsel for Plaintiff-Appellant Naseeb Investments, Inc.)

28. Harris, Roger E. (Counsel for Defendant-Appellee Naseeb Investments, Inc.)

29. International Franchise Association (Amicus)

30. Jones Day (Counsel for International Franchise Association)

31. Knisely, Gabriel (Attorney for Appellant C.B.)

32. Lee, Christopher Sue (Counsel for Movant View Point Health)

33. Lewis Brisbois Bisgaard & Smith LLP (Law firm representing Appellee)

34. McDonough, Pat (Attorney for Appellants A.G. and G.W.)

35. Merrill, Marissa (Counsel for Defendant-Appellee Naseeb Investments, Inc.)

36. Mobley, Cameron (Attorney for Appellee)

37. Naseeb Investments, Inc. d/b/a The Hilltop Inn a/k/a Econolodge (Defendant-Appellee in *C.B. v. Naseeb Investments, Inc.*, Appeal No. 24-13294)

38. Northbrook Industries, Inc. (Appellee)

39. Patel, Atul (Joint Owner of Defendant Naseeb Investments)

40. Patel, George (Joint Owner of Defendant Naseeb Investments)

41. Ramachandrappa, Naveen (Counsel for Plaintiff-Appellant C.B.)

42. Sabarwal, Saab (Part owner of Northbrook Industries, Inc.)

43. Shareef, Tahir (Part owner of Northbrook Industries, Inc.)

44. Spital, Jonathan (Counsel for Defendant-Appellee C.B.)

45. Stoddard, Matthew (Counsel for Plaintiff-Appellant C.B.)

46. Swift, Currie, McGhee & Hiers, LLP (Counsel for Defendant-Appellee Naseeb Investments, Inc.)

47. The Stoddard Firm (Counsel for Plaintiff-Appellant C.B.)

48. Tonge, Jon (Attorney for Appellants A.G. and G.W.)

49. Totenberg, Hon., Amy (District Court Judge, N.D. Ga.)

50. Tropper, Joshua (Counsel for Movant Choice Hotels International Inc.)

51. Turner, Sara Marie (Counsel for Movant Choice Hotels International Inc.)

52. United States Attorney's Office (Movant in District Court)

53. View Point Health (Movant in District Court)

54. Wagner, Kori (Counsel for Defendant-Appellee C.B.)

55. Webb Daniel, Laurie (Counsel for Defendant-Appellee C.B.)

56. Webb Daniel Friedlander LLP (Counsel for Defendant-Appellee C.B.)

57. Ward, Alice (Attorney for Appellee)

58. Weeks, Rory (Attorney for Appellants A.G. and G.W.)

59. WLG Atlanta, LLC (Counsel for Plaintiff-Appellant)

60. Zabresky, Janelle (Counsel for Plaintiff-Appellant)

No other associations of persons, and no other firms, partnerships, or corporations have an interest in the outcome of this case or appeal.

Dated: April 14, 2026

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Cameron A. Mobley*
CAMERON A. MOBLEY
Georgia Bar No. 613048
ALICE C. WARD
Illinois Bar No. 6333523

600 Peachtree Street NE
Suite 4700
Atlanta, Georgia  30308
Telephone:  (404) 348-8585
Facsimile:  (404) 467-8845
Cameron.Mobley@lewisbrisbois.com    *Counsel for Appellee*
Alice.Ward@lewisbrisbois.com    *Northbrook Industries, Inc.*

6

## <u>APPELLEE'S MOTION FOR 30-DAY EXTENSION OF TIME TO FILE PETITION FOR REHEARING EN BANC</u>

Appellee Northbrook Industries, Inc., by and through undersigned counsel, and pursuant to 11th Cir. R. 40-2, respectfully requests a 30-day extension of time to file a petition for rehearing *en banc*. In support of this request, appellee states as follows:

1.      On March 30, 2026, the Court issued a published opinion vacating the grant of summary judgment in appellee's favor and remanding to the District Court for further proceedings.

2.      Pursuant to this Court's rules, a petition for rehearing or rehearing *en banc* is due by April 20, 2026. *See* 11th. Cir. R. 40-2. However, undersigned counsel has multiple competing deadlines during this time period in both the state and federal courts of Georgia.

3.      Undersigned counsel believes that the panel decision is contrary to this Circuit's precedent, which requires a plaintiff asserting a civil beneficiary claim under the Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C. § 1595(a), to demonstrate that the defendant participated in a venture with their alleged trafficker. *See Doe #1 v. Red Roof Inns, Inc.*, 21 F.4th 714 (11th Cir. 2021).

4.      A reasonable extension of 30 days would provide undersigned counsel with sufficient time to file a meaningful petition for rehearing *en banc*, and would allow time for the client to review prior to filing.

WHEREFORE, Appellee, Northbrook Industries, Inc. respectfully requests a 30-day extension of time to file a petition for rehearing *en banc*.

Respectfully submitted this 14th day of April, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Cameron A. Mobley
CAMERON A. MOBLEY
Georgia Bar No. 613048
ALICE C. WARD
Illinois Bar No. 6333523

600 Peachtree Street NE
Suite 4700
Atlanta, Georgia  30308
Telephone:  (404) 348-8585
Facsimile:  (404) 467-8845
Cameron.Mobley@lewisbrisbois.com
Alice.Ward@lewisbrisbois.com

*Counsel for Appellee*
*Northbrook Industries, Inc.*

## CERTIFICATE OF COMPLIANCE

I certify that this Brief complies with the type-volume limitations set forth in Fed. R. App. P. 32(a)(7)(B) because, according to Appellee's word processing system's word count, this Brief contains 211 words, excluding the cover page, Certificate of Interested Persons, Statement Regarding Oral Argument, Table of Contents, Table of Authorities, Statement of Jurisdiction, and counsel's certifications as authorized by Fed. R. App. P. 32(a)(7)(B).

This Brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this Brief has been prepared in a proportionately spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

Dated: April 14, 2026.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

600 Peachtree Street NE
Suite 4700
Atlanta, Georgia  30308
Telephone:  (404) 348-8585
Facsimile:  (404) 467-8845
Cameron.Mobley@lewisbrisbois.com
Alice.Ward@lewisbrisbois.com

/s/ Cameron A. Mobley
CAMERON A. MOBLEY
Georgia Bar No. 613048
ALICE C. WARD
Illinois Bar No. 6333523

*Counsel for Appellee*
*Northbrook Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2026, I electronically filed the foregoing

***Appellee's Motion for a 30-Day Extension of Time to File Petition for Rehearing***

***En Banc Of Appellee Northbrook Industries, Inc.*** using the Court's Appellate ECF

System, which will automatically send notification to counsel of record.

Dated: April 14, 2026

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Cameron A. Mobley*
CAMERON A. MOBLEY
Georgia Bar No. 613048
ALICE C. WARD
Illinois Bar No. 6333523

600 Peachtree Street NE
Suite 4700
Atlanta, Georgia  30308
Telephone:  (404) 348-8585
Facsimile:  (404) 467-8845
Cameron.Mobley@lewisbrisbois.com
Alice.Ward@lewisbrisbois.com

*Counsel for Appellee*
*Northbrook Industries, Inc.*